Case 2:21-cr-00379-MWF Document 1 Filed 08/17/21 Page 1 of 4 Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
08/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:21-cr-00379-VAP |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| FONTRELL ANTONIO BAINES, aka "Nuke Bizzle," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about October 16, 2020, in Los Angeles County, within the Central District of California, defendant FONTRELL ANTONIO BAINES, also known as "Nuke Bizzle," knowingly possessed a firearm, namely, a Glock, model 31, .357 caliber semi-automatic pistol, bearing serial number BPPA672, and ammunition, namely, approximately 14 rounds of Sellier & Bellot .357 SIG caliber ammunition, in and affecting interstate and foreign commerce.

Defendant BAINES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1.   Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), in the United States District Court for the District of Nevada, case number 2:14-cr-36-APG-VCF, on or about October 30, 2014; and

    2.   Unlawful Possession of a Controlled Substance with Intent to Sell Dihydrocodeinone, in violation of Tennessee Code, Section 39-17-417, in the Criminal/Circuit Court of Shelby County, Tennessee, case number 10 4689, on or about July 11, 2011.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant FONTRELL ANTONIO BAINES's conviction of the offense set forth in the sole count of this Indictment.

2. If so convicted, defendant BAINES shall forfeit to the United States of America the following:

    a. All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

        i. One Glock, model 31, .357 caliber semi-automatic pistol, bearing serial number BPPA672; and

        ii. Approximately 14 rounds of Sellier & Bellot .357 SIG-caliber ammunition; and

    b. To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendant BAINES, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of defendant BAINES, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has

1  been transferred, sold to, or deposited with a third party; (c) has
2  been placed beyond the jurisdiction of the court; (d) has been
3  substantially diminished in value; or (e) has been commingled with
4  other property that cannot be divided without difficulty.

                                         A TRUE BILL

                                         _____/S/_____
                                         Foreperson

TRACY L. WILKISON
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Deputy Chief, Major
Frauds Section

4