

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF<br><br>　　　　　　v.<br><br>FONTRELL ANTONIO BAINES,<br><br>　　　　　　　　　　DEFENDANT(S) | CASE NUMBER 2:21-cr-00379-VAP<br><br>CR<br><br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

<u>United States v. Fontrell Antonio Baines</u>, CR 20-522-MWF, which:

　　__x__　　was previously assigned to the Honorable Michael W. Fitzgerald;

　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　_____　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　__x__　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation (if any):  The alleged firearm offense occurred during the course of this defendant's arrest for the offenses charged in CR No. 20-522-MWF

Dated: August 17, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　RANEE A. KATZENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　　ALEXANDER B. SCHWAB
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys