FILED

2021 OCT 26  AM 9: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___ RS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**PLAINTIFF**

FONTRELL, BAINES

USMS# 48934-048      **DEFENDANT**

CASE NUMBER:

CR21-00379

### REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _10/16/21_ _2021_ _0800_ ☑ A/PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:

   _18 USC 922 (g) (1) Firearm Ammunition, Felon_

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes   Language: _____

7. Year of Birth: _1989_

8. Defendant has retained counsel: ☑ No

   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _Duty officer_

10. Remarks (if any): _____

11. Name: _E. Flores_ (please print)

12. Office Phone Number: _213-620-7676_    13. Agency: _USMS_

14. Signature: _[signature]_    15. Date: _10-26-21_

CR-64 (05/18)      **REPORT COMMENCING CRIMINAL ACTION**