E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     United States Attorney's Office
     1100 United States Courthouse
     Los Angeles, California 90012
     Telephone: (213) 894-2432/1259
     Facsimile: (213) 894-6269
     Email: ranee.katzenstein@usdoj.gov
            alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 20-522-MWF |
|---|---|
| Plaintiff, | No. CR 21-379-MWF |
| | No. CR 22-324-MWF |
| v. | GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE SENTENCING POSITIONS ONE DAY LATE |
| FONTRELL ANTONIO BAINES, aka "Nuke Bizzle," | |
| Defendant. | [PROPOSED ORDER FILED CONCURRENTLY HEREWITH] |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ranee A. Katzenstein and Alexander B. Schwab, hereby applies ex parte for an Order from this Court granting the government leave to file

1

1 | its sentencing positions in these matters one day late.  This
2 | application is based on the attached declaration of Ranee A.
3 | Katzenstein and is unopposed by counsel for defendant.

Dated: November 17, 2022        Respectfully submitted,

                                            E. MARTIN ESTRADA
                                            United States Attorney

                                            SCOTT M. GARRINGER
                                            Assistant United States Attorney
                                            Chief, Criminal Division


                                                      /S/
                                            RANEE A. KATZENTEIN
                                            ALEXANDER B. SCHWAB
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

DECLARATION OF RANEE A. KATZENSTEIN

I, Ranee A. Katzenstein, declare as follows:

1. I am an Assistant United States Attorney in the Central District of California. In that capacity, I have been assigned, together with Assistant United States Attorney Alexander B. Schwab, the responsibility of representing the United States in United States v. Fontrell Antonio Baines, case nos. CR 20-522-MWF; CR 21-379-MWF; and CR 22-324-MWF. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Defendant has pleaded guilty in each of the three cases now pending before this Court. Sentencing in all three cases is set for December 7, 2022. The Court's minute orders regarding the guilty pleas and setting of sentencing date provide that objections, including departure arguments, be filed with the Court not later than 21 days before sentencing, namely by November 16, 2022.

3. The government prepared its sentencing positions in accord with the Court's orders but was unable to prepare them for filing or file them on November 16, 2022, due to issues with the computer passwords of the legal assistant with whom I was working. The issues have now been resolved and the government expects to lodge the sentencing positions imminently. The government recognizes that these will be late filings and seeks leave of the Court to file these pleadings one day late.

4. I contacted counsel for defendant this morning regarding the relief sought by this ex parte application and the

3

reasons for it. Counsel informed me that defendant does not object to the ex parte application or to the relief sought.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 17, 2022.

                                              /s/
                                    Ranee A. Katzenstein