E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
    United States Attorney's Office
    1100 United States Courthouse
    Los Angeles, California 90012
    Telephone: (213) 894-2432/1259
    Facsimile: (213) 894-6269
    Email: ranee.katzenstein@usdoj.gov
          alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 20-522-MWF |
|---|---|
| Plaintiff, | No. CR 21-379-MWF |
| | No. CR 22-324-MWF |
| v. | [PROPOSED] ORDER RE GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE SENTENCING POSITIONS ONE DAY LATE |
| FONTRELL ANTONIO BAINES, aka "Nuke Bizzle," | |
| Defendant. | |

    THE COURT has considered the government's unopposed ex parte application for an Order granting the government leave to file its sentencing positions in these matters one day late, and the record and files in these cases.

    FOR GOOD CAUSE SHOWN:

1

1  The Court grants the government's ex parte application and
2  directs the Clerk to file the government's sentencing positions.
3  IT IS SO ORDERED
4  Dated: November __, 2022

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Ranee A. Katzenstein*
Ranee A. Katzenstein
Assistant United States Attorney