E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     United States Attorney's Office
     1100 United States Courthouse
     Los Angeles, California 90012
     Telephone: (213) 894-2432/1259
     Facsimile: (213) 894-6269
     Email: ranee.katzenstein@usdoj.gov
            alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>FONTRELL ANTONIO BAINES,<br>   aka "Nuke Bizzle,"<br><br>         Defendant. | No. CR 20-522-MWF<br>No. CR 21-379-MWF<br>No. CR 22-324-MWF<br><br>ORDER GRANTING GOVERNMENT'S <ins>UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE SENTENCING POSITIONS ONE DAY LATE</ins> |

THE COURT has considered the government's unopposed <ins>ex parte</ins> application for an Order granting the government leave to file its sentencing positions in these matters one day late, and the record and files in these cases.

///

///

1

1    FOR GOOD CAUSE SHOWN:

2    The Court grants the government's ex parte application and

3 accepts the government's sentencing positions filed on November

4 17, 2022.

5    IT IS SO ORDERED.

6

7  Dated: November 18, 2022    _____

8                              MICHAEL W. FITZGERALD
                               United States District Judge

9

10 Presented by:
       /s/ *Ranee A. Katzenstein*
11 _____
   Ranee A. Katzenstein
12 Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28