UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

( _____ Amended _____ )

Case No.  CR 20-522-MWF; CR 21-379-MWF; CR 22-324-MWF                    Date: December 7, 2022

Present: The Honorable:   Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz | Ranee Katzenstein/Alexander Schwab |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Antonio Fontrell Baines | X | | Ashley S. Mahmoudian / David Wasserman | | X | | N/A |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT     ☐ Contested    ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    **XX** Refer to separate Judgment Order.

☐ Imprisonment for ___ years/months on each of count(s) _____
    Count(s) _____ concurrent/consecutive to count(s) _____

☐ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
   commencing _____

☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

☐ Perform ___ hours of community service _____ fine amounts & times determined by P/O.
☐ Serve ___ in a CCC/CT ☐ _____ Make $ restitution in amounts & times determined by PO.
☐ Participate in a program for treatment of narcotic/alcohol addiction.
Pay ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
☐ Other conditions: _____

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

☐ Pay $_____ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____

☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☐ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commis___. Processed statement of reasons
☐ Bond Exonerated upon surrender ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal ☐ Appeal bond set at $ _____
☐ Filed and distributed judgment. ENTERED.
☐ Other _____

cc: BOP, USPPO, USMS

:20/:20/:20
**Initials of Deputy Clerk**  rs

CR-90 (05/15)                    Criminal Minutes – General                    Page 1 of 1